# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| MALINDA MACKENZIE, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. 4:18-cv-113 |
| CHASE BANK USA, N.A., | ) ) ) |
| *Defendant*. | ) ) |

## CHASE BANK USA, N.A.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Chase Bank USA, N.A. ("Chase"), hereby effects removal of this action to the United States District Court for the Southern District of Indiana, New Albany Division, based on federal question and supplemental jurisdiction. As grounds for removal, Chase states as follows:

### FACTUAL BACKGROUND AND PROCEDURAL HISTORY

1. On June 6, 2018, Plaintiff Malinda MacKenzie filed a Complaint in the Circuit Court of Clark County, Indiana, styled *Malinda MacKenzie v. Chase Bank USA, N.A.*, Case No. 10C02-1806-PL-000065. Chase was served with the Complaint and Summons on June 11, 2018.

2. The Complaint brings claims against Chase for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et. seq.* ("FCRA"), as well as seeks a declaratory judgment and damages for purported violations of Indiana Code § 24-5-15-2.

### TIMELINESS OF REMOVAL

3. Chase first received a copy of the Complaint when Plaintiff served Chase with a copy of the same and the Summons via certified mail on June 11, 2018. Chase has filed this Notice of Removal within thirty (30) days thereafter. Thus, removal is timely under 28 U.S.C. § 1446(b).

## **PROPRIETY OF VENUE**

4. Pursuant to 28 U.S.C. § 1441(a), removal to this Court is proper because the Southern District of Indiana, New Albany Division, is the district and division embracing the place (Clark County, Indiana) where the action was filed.

## **REMOVAL IS PROPER UNDER 28 U.S.C. § 1331 and 1367**

5. Plaintiff's Complaint includes a claim under a federal statute (Count II) —the FCRA— as well as related state law claims for a declaratory judgment as to her liability on the credit card account at issue (Count I) and a claim under Indiana Code § 24-5-15-2 for alleged deceptive acts pertaining to the purported improper credit reporting (Count III). *See* Complaint, at ¶¶ 9-43.

6. This Court has original jurisdiction over this lawsuit because Plaintiff's action includes one or more claims arising under "the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. *Hukic v. Aurora Loan Services,* 588 F.3d 420, 429 (7th Cir. 2009) (finding FCRA claim creates federal question jurisdiction under Section 1331).

7. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's remaining state law claims because they all relate to Plaintiff's FCRA claim and Chase's alleged conduct pertaining to the credit card account at issue and the purported credit reporting of the same, such that "they form part of the same case or controversy." *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350-51 (1988) (supplemental jurisdiction applies with equal force to cases removed to federal court as to cases initially filed there); *see also Williams Electronics Games, Inc. v. Garrity*, 479 F.3d 904, 906 (7th Cir. 2007) ("rationale of the supplemental jurisdiction is economy in litigation"). *See also Hukic,* 588 F.3d at 430 (finding the state law claims, which arose out of and were premised upon the alleged servicing of the loan, to be part of the same case or controversy as the FCRA claim).

## OTHER REMOVAL REQUIREMENTS MET

8. Removal of this action is not prohibited by 28 U.S.C. § 1445.

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Chase in the state court lawsuit are attached hereto as Exhibit A.

10. Pursuant to 28 U.S.C. § 1446(d), upon filing this Notice of Removal, Chase will provide written notification to Plaintiff's counsel and will file a Notice of Filing Notice of Removal (attaching a copy of this Notice of Removal) with the Clark County Circuit Court. Moreover, pursuant to Federal Rule of Civil Procedure 5(d), Chase will file with this Court a certificate of its service of the Notice of Filing Notice of Removal upon the state court clerk and Plaintiff's counsel.

11. In filing this Notice of Removal, Chase does not waive any defenses that may be available to it and does not concede that the allegations in the Complaint state any actionable claim against Chase.

## CONCLUSION

For the foregoing reasons, Defendant Chase Bank USA, N.A. removes this action from the Circuit Court of Clark County, Indiana to the United States District Court for the Southern District of Indiana, New Albany Division.

Date: June 29, 2018

Respectfully submitted,

*/s/ Kyle W. LeClere*
Kyle W. LeClere
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
(317) 236-1313
(317) 231-7433 (Fax)
kleclere@btlaw.com
*Attorney for Defendant Chase Bank USA, N.A.*

## **CERTFICATE OF SERVICE**

I hereby certify that on the 29th day of June 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, I certify that a true and accurate copy of the foregoing was also deposited with the United States Postal Service on this 29th day of June 2018 from 11 S. Meridian Street, Indianapolis, Indiana, with first-class postage prepaid, and properly addressed for delivery to:

J. David Agnew, Esq.
Maxwell W. McCrite, Esq.
LORCH NAVILLE WARD LLC
506 State Street – P.O. Box 1343
New Albany, IN 47151-1343


                          */s/ Kyle W. LeClere*