> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: 9/28/2018
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MALINDA MACKENZIE, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. 4:18-cv-113-SEB-DML ) |
| CHASE BANK USA, N.A., | ) ) |
| *Defendant*. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Malinda MacKenzie and Defendant Chase Bank USA, N.A., having reached a full and final settlement of all claims in this mater, by their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AS FOLLOWS:

This action shall be dismissed with prejudice, and the parties shall bear their own costs and expenses, including attorneys' fees.

Accordingly, the Parties ask the Court to instruct the Clerk to terminate all this matter.

Dated: September 21, 2018.

| MALINDA MACKENZIE | CHASE BANK USA, N.A. |
|---|---|
| By: ___/s/ J. David Agnew_____ | By: ___/s/ Kyle W. LeClere_____ |
| *One of Her Attorneys* | *One of Its Attorneys* |
| J. David Agnew, Atty. No. 21531-49 | Kyle W. LeClere, Atty. No. 29698-49 |
| Lorch Naville Ward LLC | Barnes & Thornburg LLP |
| 506 State Street | 11 S. Meridian Street |
| New Albany, IN 47151-1343 | Indianapolis, Indiana 46204 |
| (812) 949-1000 | (317) 236-1313 |
| dagnew@lnwlegal.com | kleclere@btlaw.com |